# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COHEN & MALAD, LLP, on behalf of itself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RESOURCE BANK, )<br>)<br>Defendant. ) | Case No. 1:05cv-1737-LJM/WTL |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Cohen & Malad, LLP, on behalf of itself and all others similarly situated, and Defendant Resource Bank hereby stipulate, by and through their counsel, to the dismissal with prejudice of this civil action in its entirety, pursuant to the Order Approving Class Settlement entered on July 12, 2006, by the Circuit Court for St. Louis County, Missouri, in the matter captioned *J.C. Corporate Management, Inc. f/k/a National Educational Acceptance Corporation*, and denominated Case No. 05CC-001203 L EQ.  For the Court's convenience, a copy of the Order Approving Class Settlement is attached hereto as Exhibit A.

Dated:  July 14, 2006             Respectfully submitted,


                                  By      /s/ Mary Ann L.Wymore

                                  Mary Ann L. Wymore (*pro hac vice*)
                                  GREENSFELDER, HEMKER & GALE, P.C.
                                  10 South Broadway, Suite 2000
                                  St. Louis, MO 63102-1774
                                  tel:  (314) 241-9090
                                  fax:  (314) 345-5466

878762v1

- 2 -

        Daniel D. Trachtman
        WOODEN & McLAUGHLIN LLP
        1600 Capital Center South
        201 North Illinois Street
        Indianapolis, IN 46204
        tel:   (317) 639-6151
        fax:  (317) 639-6444

        Counsel for Defendant Resource Bank


By    /s/ James H. Young

James H. Young
YOUNG & YOUNG
128 N. Delaware St.
Indianapolis, IN  46204
tel:   (317) 639-5161
fax:  (317) 639-4978

Counsel for Plaintiff Cohen & Malad, LLP

878762v1